# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

———————————————

Nos. 1D17-649
1D17-657
1D17-659

———————————————

HENRY L. LYNN III,

    Appellant,

v.

STATE OF FLORIDA,

    Appellee.

———————————————

On appeal from the Circuit Court for Leon County.
James C. Hankinson, Judge.

April 3, 2018

PER CURIAM.

    AFFIRMED.

RAY, BILBREY, and M.K. THOMAS, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

Candice K. Brower, Regional Conflict Counsel, and Melissa J. Ford, Assistant Regional Conflict Counsel, Tallahassee, for Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.